THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. DUNNE, BERT MILLER and THE DAILY WORKER PUBLISHING Co., INC., Appellants.— Judgment affirmed as to the defendant The Daily Worker Publishing Co., Inc.; as to the defendants William F. Dunne and Bert Miller, judgment reversed and defendants discharged. No opinion. Settle orders on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JASPER A. CAMPBELL, Appellant, v. W. FREDERICK TROTMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AGNES M. WINKELMAN, Respondent, v. LEAHRA PALMER, Sometimes Known as LEAHRA B. PARMER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent.

DANIEL J. LEARY and Another, Copartners, etc., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NORDEN COMPANY, INC., Respondent, v. LIBBY'S HOTEL CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE M. LEE, Appellant, v. LESTER E. ORTIZ, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IDA SIEGEL and Another, as Administratrices, etc., of MORRIS SIEGEL, Deceased, Respondents, v. JAMES A. HEARN & SON, INC., Appellant, Impleaded, etc.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless plaintiffs stipulate to reduce the judgment as entered to the sum of $17,668.45; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK M. DUNBAUGH, Respondent, v. JAMES E. HAMS, as Executor, etc., of JOHN J. HAMS, Deceased, Appellant, and MATTHEW M. MARSHALL, Respondent.— Judgment modified by adding at the end thereof after the words " be dismissed," the words " but not upon the merits," and as so modified affirmed, with costs to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHANDLER MOTOR CAR COMPANY, Appellant, v. UNITED FRUIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.